```
COMAR LAW
D. Inder Comar (SBN 243732)
     inder@comarlaw.com
901 Mission Street, Suite 105
San Francisco, CA 94103
Telephone: +1.415.562.6790
Facsimile: +1.415.513.0445
Attorney for Lead Plaintiff
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNDUS SHAKER SALEH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GEORGE W. BUSH, et al., <br><br> Defendants. | CASE NO. 3:13-cv-01124 JST <br><br> [PROPOSED] ORDER REGARDING STIPULATED REQUEST FOR AN ORDER REGARDING ~~BREIFING~~ DEADLINES BRIEFING |

Pursuant to the stipulation of the parties, it is hereby ORDERED:

    a.    On or before September 10, 2013, Plaintiff will file the amended complaint in this action.

    b.    On or before November 13, 2013, the Defendants will file a dispositive motion addressing the Amended Complaint. Defendants shall be permitted to write but not exceed forty (40) pages of text in their dispositive motion.

    c.    On or before January 13, 2013, Plaintiff will respond to the Defendants' dispositive motion, and pursuant to the previous stipulation and order, shall be

permitted to write but not exceed forty (40) pages of text in her brief responding to Defendants' dispositive motion.

    d.    On or before February 12, 2013, Defendants shall reply to Plaintiff's response. Defendants shall be permitted to write but not exceed twenty (20) pages of text in the reply brief.

In the event that Plaintiff seeks to challenge any certification of the Defendants in this action made by the United States Department of Justice pursuant to 28 U.S.C. § 2679(d)(1) in response to Plaintiff's amended complaint, Plaintiff may challenge such certification within the body of her response to Defendants' new dispositive motion, in lieu of a separate pleading (such as a motion to strike).

Dated: September  6 , 2013

PURSUANT TO STIPULATION, IT IS SO ORDERED

_____
The Honorable Jon S. Tigar
United States District Court for the
Northern District of California

Dated:   September 6, 2013