STUART F. DELERY
Deputy Assistant Attorney General
RUPA BHATTACHARYYA
Director, Torts Branch, Civil Division
MARY HAMPTON MASON
Senior Trial Counsel
GLENN S. GREENE
Senior Trial Attorney
U.S. Department of Justice, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4143 (phone)
(202) 616-4314 (fax)
Glenn.Greene@usdoj.gov
ATTORNEYS FOR DEFENDANTS
GEORGE W. BUSH, RICHARD B. CHENEY,
CONDOLEEZZA RICE, COLIN POWELL,
DONALD RUMSFELD, AND PAUL WOLFOWITZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNDUS SHAKER SALEH, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. 3:13-cv-01124 JST <br><br> **~~PROPOSED~~ ORDER: STIPULATED REQUEST FOR AN ORDER ENLARGING BRIEFING DEADLINES** |

Pursuant to the stipulation of the parties, it is hereby ORDERED:

a. On or before November 29, 2013, the Defendants will file a dispositive motion addressing the Amended Complaint. Pursuant to the previous stipulation and order, the length of the Defendants' motion shall not exceed forty (40) pages of text.

b. On or before January 29, 2014, Plaintiff will respond to the Defendants' dispositive motion. Pursuant to the previous stipulation and order, the length of Plaintiff's response shall not exceed forty (40) pages of text.

c. The Defendants will have until February 28, 2014, to reply to Plaintiff's opposition. Pursuant to the previous stipulation and order, the length of the Defendants' reply shall not exceed twenty (20) pages of text.

d. Pursuant to the previous stipulation and order, in the event that Plaintiff seeks to challenge any certification of the Defendants in this action made by the United States Department of Justice pursuant to 28 U.S.C. § 2679(d)(1) in response to Plaintiff's amended complaint, Plaintiff may challenge such certification within the body of her response to the Defendants' dispositive motion, in lieu of a separate pleading (such as a motion to strike).

PURSUANT TO STIPULATION, IT IS SO ORDERED

_____
Judge Jon S. Tigar
United States District Court for the
Northern District of California

Dated: October 18, 2013