UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNDUS SHAKER SALEH,<br><br>  Plaintiff,<br><br>  v.<br><br>GEORGE W. BUSH, et al.,<br><br>  Defendants. | Case No. 13-cv-01124-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 29, 31 |

A hearing on Defendants' motion to dismiss is scheduled for a hearing on April 3, 2014. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

**IT IS SO ORDERED.**

Dated: March 25, 2014

_____
JON S. TIGAR
United States District Judge