STUART F. DELERY
Acting Deputy Assistant Attorney General
RUPA BHATTACHARYYA
Director, Torts Branch, Civil Division
MARY HAMPTON MASON
Senior Trial Counsel
GLENN S. GREENE
Senior Trial Attorney
U.S. Department of Justice, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4143 (phone)
(202) 616-4314 (fax)
Glenn.Greene@usdoj.gov
ATTORNEYS FOR DEFENDANTS
GEORGE W. BUSH, RICHARD B. CHENEY,
CONDOLEEZZA RICE, COLIN POWELL,
DONALD RUMSFELD, AND PAUL WOLFOWITZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNDUS SHAKER SALEH, et al., ) | No. 3:13-cv-01124 JST |
| ) | |
| Plaintiffs, ) | **~~PROPOSED~~ ORDER:** |
| ) | **STIPULATED REQUEST** |
| v. ) | **FOR AN ORDER** |
| ) | **ENLARGING BRIEFING** |
| GEORGE W. BUSH, et al., ) | **DEADLINES** |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to the stipulation of the parties, it is hereby ORDERED:

- On or before July 7, 2014, the Defendants will file a response to Plaintiff Saleh's Osborn Motion for an Evidentiary Hearing in Support of Second Amended Complaint.

- The August 27, 2014, hearing date is vacated.

_____
Judge Jon S. Tigar
United States District Court for the
Northern District of California

Dated: June 20, 2014