STUART F. DELERY
Deputy Assistant Attorney General
RUPA BHATTACHARYYA
Director, Torts Branch, Civil Division
MARY HAMPTON MASON
Senior Trial Counsel
GLENN S. GREENE
Senior Trial Attorney
U.S. Department of Justice, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4143 (phone)
(202) 616-4314 (fax)
Glenn.Greene@usdoj.gov

ATTORNEYS FOR DEFENDANTS
GEORGE W. BUSH, RICHARD B. CHENEY,
DONALD H. RUMSFELD, CONDOLEEZZA RICE,
COLIN POWELL, PAUL WOLFOWITZ AND
THE UNITED STATES

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNDUS SHAKER SALEH, et al., ) | No. 3:13-cv-01124 JST |
| ) | |
| Plaintiffs, ) | **~~PROPOSED~~ ORDER:** |
| ) | **STIPULATED REQUEST FOR** |
| v. ) | **FOR AN ORDER CONTINUING:** |
| ) | **HEARING DATE FOR THE UNITED** |
| ) | **STATES' MOTION TO DISMISS,** |
| GEORGE W. BUSH, et al., ) | **CASE MANAGEMENT CONFERENCE,** |
| ) | **AND ASSOCIATED DEADLINES** |
| Defendants. ) | |
| _____ ) | |

1   No. 3:13-cv-01124 JST
~~Proposed~~ Order:
Stipulated Request for an Order Continuing:
Hearing Date for the United States'
Motion to Dismiss, Case Management Conference
and Associated Deadlines

Pursuant to the stipulation of the parties it is hereby ORDERED:

- The hearing date for the United States' Motion to Dismiss will be rescheduled from September 11, 2014, to November 13, 2014.

- The Initial Case Management Conference currently scheduled for October 29, 2014, will be continued until sixty (60) days after the Court decides the United States' Motion to Dismiss. The deadlines associated with the conference, as imposed by Federal Rules of Civil Procedure 26(a)(1) and 26(f), Civil Local Rules 16-8, 16-9, and 16-10, ADR Local Rule 3-5, and this Court in its Order Setting Initial Case Management Conference and ADR Deadlines, will be continued accordingly.

_____
Judge Jon S. Tigar
United States District Court for the
Northern District of California

Dated:  August 18, 2014

2   No. 3:13-cv-01124 JST
~~Proposed~~ Order:
Stipulated Request for an Order Continuing
Hearing Date for the United States'
Motion to Dismiss, Case Management Conference
and Associated Deadlines